IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TAMMY L. GARDING,

    Plaintiff,

vs.

                                            Case No.:  1:25-cv-00749-SCY

FRANK BISIGNANO,
    Commissioner of Social Security,

    Defendant.

## ORDER

Upon consideration of the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act, the Court finds the Motion (Dkt. No. 12) should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is awarded $2,788.60 (two thousand seven hundred eighty-eight dollars and sixty cents) for attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, as the prevailing party herein.  If Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. §406(b), they must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

HONORABLE STEVEN C. YARBROUGH
U.S. Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 1/15/2026*
Richard W. Pruett
Special Assistant United States Attorney
Attorney for Defendant

*Electronically approved 1/15/2026*
Eric Bohnet

*Electronically approved 1/15/2026*
Blake Duggar

Attorneys for Plaintiff